PROB 12C
(6/16)

Report Date: February 23, 2023

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Feb 24, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua Matthew Wolfe | Case Number: 0980 1:21CR02033-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 19, 2022 | |
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113 (a)(3) and 1153 |
| Original Sentence: | Prison - 24 months    Type of Supervision: Supervised Release |
| | TSR - 36 months |
| Asst. U.S. Attorney: | Todd Swenson    Date Supervision Commenced: November 25, 2022 |
| Defense Attorney: | Paul Shelton    Date Supervision Expires: November 24, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On November 28, 2022, the supervised release conditions were reviewed and signed by Mr. Wolfe acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Wolfe is alleged to have violated his conditions of supervised release by consuming alcohol on or before February 13, 2023. |
| | On February 10, 2023, this officer attempted a home inspection at Mr. Wolfe's listed residence but no one appeared to be home. This officer left a business card on the front door. |
| | On February 14, 2023, this officer received a telephone call from Mr. Wolfe. During the conversation, Mr. Wolfe stated he stopped going to work and treatment because he started consuming alcohol and methamphetamine. This officer asked Mr. Wolfe when he last consumed alcohol and methamphetamine. Mr. Wolfe replied "yesterday" (February 13, 2023). |

Prob12C
# Re: Wolfe, Joshua Matthew
February 23, 2023
Page 2

2     **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wolfe is alleged to have violated his conditions of supervised release by consuming methamphetamine on or before February 13, 2023.

On February 10, 2023, This officer attempted a home inspection at Mr. Wolfe's listed residence but no one appeared to be home. This officer left a business card on the front door.

On February 14, 2023, this officer received a telephone call from Mr. Wolfe. During the conversation, Mr. Wolfe stated he stopped going to work and treatment because he started consuming alcohol and methamphetamine. This officer asked Mr. Wolfe when he last consumed alcohol and methamphetamine. Mr. Wolfe replied "yesterday" (February 13, 2023).

3     **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Wolfe is alleged to have violated his conditions of supervised release by violating mandatory condition number 1 on February 20, 2023, by being arrested and charged for the alleged crime of Assault in the Second Degree/Harassment, in violation of Revised Code of Washington (RCW) 9A.36.021 and 9A.46.020.1; Yakima County Superior Court case number 23-1-00289-39.

According to the Wapato Police Department (WPD) narrative report number 23W0400, on February 20, 2023, at 8:10 p.m., a WPD officer observed two males running and appearing to be fighting on the sidewalk of Donald Road in front of Crossroads Market.

As the WPD officer approached Crossroads Market, one male exited the store and ran south onto North Wapato Avenue. The WPD officer contacted the other male exiting the store who was identified as the victim. The victim told the WPD officer the other male was Joshua Wolfe, and Mr. Wolfe had tried to stab him. The WPD officer asked the victim what happened and the victim said he was walking to Mamachat and Mr. Wolfe came up and was "tripping out" over some beer he had stolen from the store earlier. The victim said Mr. Wolfe started attempting to stab him repeatedly with what looked like a nail with tape wrapped around it. Additionally, the WPD officer collected a written statement from the victim and a photo of their face where he said Mr. Wolfe punched him.

Another WPD officer arrived at the scene and collected a description of Mr. Wolfe wearing a grey hooded sweatshirt, a black beanie, and dark pants; and began checking the area. The WPD officer observed a male wearing a grey hooded sweatshirt and black pants on the corner of North Wapato Avenue and Trader Street. The WPD officer asked the male his name; he said he was Joshua Wolfe. The WPD officer compared Mr. Wolfe to his photo in WPD's records system, which was an exact match.

The WPD officer advised Mr. Wolfe that he was being detained for fourth degree assault. Mr. Wolfe started to walk away from the officer and stated, "Don't get too close; I do not want to fight." The WPD officer commanded Mr. Wolfe to get on the ground, or he would be Tased.

Prob12C
Re: Wolfe, Joshua Matthew
February 23, 2023
Page 3

Mr. Wolfe then stated, "Kill me." The WPD officer advised dispatch he had Mr. Wolfe at Taser point. Mr. Wolfe proceeded to walk back and forth, shaking his hands as if he was going to fight. The WPD officer verbally commanded Mr. Wolfe twice to get on the ground, or he would be Tased. Mr. Wolfe replied, "I just have to drop this beer and pull out a knife."

Due to the assault that had just taken place and Mr. Wolfe's aggressive manner, the WPD officer believed Mr. Wolfe would have pulled out a weapon to harm him. The WPD officer deployed his X-26 P Taser Cartridge loaded in his department-issued X-26 Taser, in order to de-escalate the situation before deadly force had to be used.

The deployment was effective and Mr. Wolfe fell to the ground. Mr. Wolfe was detained by being handcuffed. Mr. Wolfe was searched for weapons, and a silver screwdriver approximately 5 inches long was recovered on the ground next to his person.

While being searched, Mr. Wolfe began to bang his head on the side of the patrol vehicle. The WPD officer had to hold his head while he was being searched and then assisted him into the back of the patrol vehicle. Mr. Wolfe was transported to Yakima Memorial Hospital and cleared for booking. Mr. Wolfe was booked into the Yakima County Jail.

Mr. Wolfe is scheduled for his arraignment at the Yakima County Jail on March 7, 2023, at 9 a.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/23/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/24/2023
Date