PROB 12C
(6/16)

Report Date: December 12, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua Matthew Wolfe | Case Number: 0980 1:21CR02033-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮ Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 19, 2022

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113 (a)(3) and 1153 |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 28, 2023 | Prison - Credit for time served (24 days)<br>TSR - 34 months |
| Asst. U.S. Attorney: | Todd Swenson |
| | Date Supervision Commenced: November 30, 2023 |
| Defense Attorney: | Paul Shelton |
| | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant.

On November 28, 2023, Your Honor explained to Mr. Wolfe the Court's expectations upon his release from custody on November 30, 2023, to include complete inpatient substance abuse treatment and remain in contact with the probation office.  Mr. Wolfe verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Wolfe is alleged to have violated his supervised release conditions by aborting inpatient treatment at American Behavioral Health Services (ABHS) in Spokane, Washington, on December 10, 2023. |

Prob12C
**Re: Wolfe, Joshua Matthew**
December 12, 2023
Page 2

On November 30, 2023, Mr. Wolfe was released from Yakima County Jail and was transported to ABHS for inpatient substance abuse treatment. This officer confirmed Mr. Wolfe arrived and entered inpatient treatment on that same day.

On December 11, 2023, staff at ABHS contacted this officer regarding Mr. Wolfe aborting inpatient treatment on December 10, 2023. This officer attempted to contact Mr. Wolfe and his mother by their last reported telephone numbers to the probation office, but both were disconnected.

Mr. Wolfe has failed to communicate with the probation office, and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 12, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/13/2023
Date