PROB 12C  
(6/16)

Report Date: August 1, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

Aug 01, 2024  

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Joshua Matthew Wolfe | | Case Number: 0980 1:21CR02033-SAB-1 |
| Address of Offender: ███████████, Wapato, Washington 98951 | | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: January 19, 2022 | | |
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113 (a)(3) and 1153 | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>November 28, 2023 | Prison - Credit for time Served (24 days)<br>TSR - 34 months | |
| Revocation Sentence:<br>March 26, 2024 | Prison - 3 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: June 11, 2024 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant.

On June 6, 2024, conditions of probation were reviewed and signed by Mr. Wolfe acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Wolfe is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for a urinalysis (UA) on July 23, 2024. |

Prob12C
Re: Wolfe, Joshua Matthew
August 1, 2024
Page 2

On June 6, 2024, the substance abuse testing instructions were reviewed with Mr. Wolfe. Mr. Wolfe verbally acknowledged his understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called Mr. Wolfe was to report to Merit and submit to a drug screen.

On July 24, 2024, this officer received notification from staff at Merit indicating that Mr. Wolfe had missed a colorline UA on July 23, 2022.

2    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation office within 72 hours of being aware of a change or expected change.

**Supporting Evidence**: Mr. Wolfe is alleged to have violated his conditions of supervised release by failing to notify the probation officer of a change of address on or about July 22, 2024.

On July 25, 2024, this officer conducted a home inspection at Mr. Wolfe's listed residence. Mr. Wolfe's mother answered the door and said he has not been home since Monday, July 22, 2024, which was unusual. This officer informed Mr. Wolfe's mother that he missed a color line UA on July 23, 2024. She agreed to contact this officer if he has any contact with Mr. Wolfe.

Mr. Wolfe failed to notify probation of his change of address, and his whereabouts were unknown until this officer contacted him by phone on July 29, 2024, at which time he advised he was in Spokane, Washington.

3    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wolfe is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine on August 1, 2024.

At approximately 5:30 a.m., this officer received several text messages from Mr. Wolfe stating he was in front of Pace High School in Wapato; he stated he consumed methamphetamine and "was tripping out." He stated he was wearing all black, red shoes, and was sorry.

At approximately 6:14 a.m., this officer contacted Mr. Wolfe by telephone. Mr. Wolfe said he needed to go back to jail to get his head right because he was hearing voices and felt like people were staring at him, wanting to fight him. Mr. Wolfe said he understood he was hearing voices, and people staring at him was triggered by consuming methamphetamine, not because it was happening in reality. Mr. Wolfe said he did not want to go to a detox facility or contact family members. Mr. Wolfe agreed to remain across the street from Pace High School and contact this officer at 8 a.m. or earlier if he needed to talk to someone.

Prob12C
Re: Wolfe, Joshua Matthew
August 1, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 1, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/1/2024

Date